1

2

3

4              UNITED STATES DISTRICT COURT

5            NORTHERN DISTRICT OF CALIFORNIA

6

7   KEVIN RICHARDSON,                    Case No.  24-cv-04240-EKL

8            Plaintiff,

9      v.                               **ORDER OF DISMISSAL**

10  U.S. ATTORNEY,                       Re: Dkt. No. 5

11           Defendant.

12

13          Plaintiff, a Nevada state prisoner proceeding pro se, filed a civil rights action under 42

14  U.S.C. § 1983.  Plaintiff was sent a notice that he had not paid the filing fee or submitted a

15  complete application for leave to proceed in forma pauperis ("IFP").  A copy of the Court's form

16  for applications to proceed IFP was provided with the notice.  He was provided twenty-eight days

17  to correct these deficiencies.  More than twenty-eight days has passed, and plaintiff has not paid

18  the fee or filed a complete application to proceed IFP.  The case is DISMISSED without prejudice.

19  Plaintiff's miscellaneous motion (Dkt. No. 5) is difficult to understand and DENIED as meritless

20  and moot.  If plaintiff wishes to initiate a court case regarding prison conditions at his Nevada

21  prison, he must file a case in the District of Nevada.  He may file a federal habeas petition

22  challenging his conviction after he has exhausted his claims in state court.

23          **IT IS SO ORDERED.**

24  Dated: August 28, 2024

25

26

27                                        _____
                                          Eumi K. Lee
28                                        United States District Judge

United States District Court
Northern District of California